JEFFREY A. DICKERSON
NEVADA Bar No. 2690
305 W. Moana Lane, Suite E
Reno, NV 89509
(775) 786-6664

Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

In Re: JEFFREY A. DICKERSON )
      Attorney at Law           )    2:17-CV-02486 GMN
      Nevada State Bar No. 2690 )
_____ )

**REQUEST FOR EXTENSION TO REFILE PETITION FOR REINSTATEMENT**

On July 3, 2014, this Court suspended Dickerson. ECF No. 5.

The Court gave leave to apply for reinstatement once the Nevada Supreme Court readmitted him. On September 11, 2017, the Nevada Supreme Court entered its order of reinstatement.

Dickerson petitioned for reinstatement to this Court. This Court denied the petition with leave to refile in accordance with this Court's order, ECF No. 18.

Dickerson now requests an additional 32 days, to and including January 8, 2018, within which to refile his petition. Good cause exists, Fed. R. Civ. P. 6(b), in that Dickerson requires additional time to assemble an appropriate refiling, due in part to the intervening holiday season and vacation, together with the need to assemble what Dickerson considers a filing that will satisfy the Court.

Based upon the foregoing, this request should be granted.

Dated December 7, 2017

IT IS SO ORDERED.              __/s/_____

                                                JEFFREY A. DICKERSON

_____    Dated this 21 day of December, 2017.
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

1